## 3157.  KENDRICK v. THE STATE.

POWELL, J.  There was ample evidence to justify the conviction of assault with intent to murder, and the court did not err in submitting to the jury instructions as .to that crime.                    *Judgment affirmed.*

DECIDED APRIL 3, 1911.

Indictment for assault with intent to murder; from Bibb superior court—Judge Felton.  December 19, 1910.

*W. D. McNeil,* for plaintiff in error.

*W. J. Grace, solicitor-general,* contra.

---

## 3188.  MILLER v. THE STATE.

RUSSELL, J.  Though the evidence in behalf of the defendant would have required an acquittal, evidence equally positive sustained the State's contention that the defendant was guilty.  Hence, the verdict was authorized by the evidence.  The exceptions to the charge of the court to the jury are without merit, and there was no error in refusing a new trial.                    *Judgment affirmed.*

DECIDED APRIL 3, 1911.

Indictment for altering mark of hog; from Miller superior court —Judge Worrill.  January 24, 1911.

*W. I. Geer,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold,* contra.